IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ADELOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HALLIBURTON COMPANY; HALLIBURTON ENERGY SERVICES, INC.; OPTIPHASE, INC.; SENSORTRAN, INC.; and PINNACLE TECHNOLOGIES, INC., <br><br> Defendants. | CV 16–119–M–DLC <br><br> ORDER |

Defendants Halliburton Company and Halliburton Energy Services, Inc. move for the admission of Steven J. Pollinger to practice before this Court in this case with Bradley J. Luck, Emma L. Mediak, and Kathleen L. DeSoto to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendants' motion to admit Steven J. Pollinger *pro hac vice* (Doc. 21) is GRANTED on the condition that Mr. Pollinger does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system

1

(CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Pollinger within fifteen (15) days of this Order, file a separate pleading acknowledging his admission under the terms set forth above.

Dated this 14th day of October, 2016.

Dana L. Christensen, Chief Judge
United States District Court