IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ADELOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HALLIBURTON COMPANY; HALLIBURTON ENERGY SERVICES, INC.; OPTIPHASE, INC.; SENSORTRAN, INC.; and PINNACLE TECHNOLOGIES, INC., <br><br> Defendants. | CV 16–119–M–DLC <br><br> ORDER |

Defendants Halliburton Company and Halliburton Energy Services, Inc. move for the admission of Aimee Perilloux Fagan to practice before this Court in this case with Bradley J. Luck, Emma L. Mediak, and Kathleen L. DeSoto to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendants' motion to admit Aimee Perilloux Fagan *pro hac vice* (Doc. 22) is GRANTED on the condition that Ms. Fagan does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing

1

system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Fagan within fifteen (15) days of this Order, file separate pleadings acknowledging his admission under the terms set forth above.

Dated this 14th day of October, 2016.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court