IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ADELOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HALLIBURTON ENERGY SERVICES, INC., <br><br> Defendant. | CV 16–119–M–DLC <br><br> ORDER |

Upon consideration of Defendant Halliburton Energy Services, Inc.'s Notice of Withdrawal of Counsel John Roddy Pace, and for good cause shown, Defendant's request is GRANTED.

IT IS ORDERED that John Roddy Pace is withdrawn as counsel of record for Halliburton Energy Services, Inc. and further, that the Clerk of Court shall remove John Roddy Pace's name from the list of persons authorized to receive electronic notices in this case.

DATED this 16th day of March, 2018.

Dana L. Christensen, District Judge
United States District Court