
FILED
MAY 14 2018
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ADELOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HALLIBURTON ENERGY SERVICES, INC., <br><br> Defendant. | CV 16–119–M–DLC <br><br><br><br> ORDER |

Upon consideration of Defendant Halliburton Energy Services, Inc.'s Notice of Withdrawal of Counsel Eric C. Green, and for good cause shown, Defendant's request is GRANTED.

IT IS ORDERED that Eric C. Green is withdrawn as counsel of record for Halliburton Energy Services, Inc. and further, that the clerk of Court shall remove Eric C. Green's name from the list of persons authorized to receive electronic notices in this case.

DATED this 14th day of May, 2018.

Dana L. Christensen, Chief Judge
United States District Court