IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| ADELOS, INC., | CV 16–119–M–DLC |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| HALLIBURTON ENERGY SERVICES, INC., | |
| Defendant. | |

The Parties having filed a Stipulation of Dismissal of Claims and Counterclaims with Prejudice (Doc. 96),

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE. Each party to bear its own costs and fees.

DATED this 23rd day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court